IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES DARRYL FLOWERS,

          Plaintiff,

v.                                    1:13-cv-2414-WSD

FULTON COUNTY BOARD OF
EDUCATION,

          Defendant.

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Janet F. King's Final Report and Recommendation ("R&R") [6] recommending that this action be dismissed.

## I. BACKGROUND

On July 19, 2013, Plaintiff Joseph Darryl Flowers ("Plaintiff"), proceeding *pro se*, filed an application to proceed *in forma pauperis* in this action. The court granted Plaintiff's application to proceed *in forma pauperis* on July 24, 2013. The Clerk of the Court mailed Plaintiff the required forms for service of the complaint, and ordered Plaintiff to return the forms within twenty days. On August 23, 2013, Plaintiff had failed to return the service forms as ordered, and the court ordered

Plaintiff to show cause why he had failed to do so and ordered Plaintiff to return the required forms within twenty-one days [5].

On September 17, 2013, Magistrate Judge King issued her R&R recommending that the action be dismissed due to Plaintiff's failure to return the required documents within the time frames specified in the July 24, 2013 order and the August 23, 2013 order, and for failure to show cause.  On September 24, 2013, the August 23, 2013 order was returned undeliverable [8].[1]  Plaintiff did not object to the R&R.

## II.   DISCUSSION

### A.   Legal Standard

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1) (Supp. V 2011); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  If no party has objected to the report and recommendation,

---

[1] The order was returned specifically marked "Unclaimed" and "Unable to Forward."  None of the other orders or the R&R were returned as undeliverable to the court.

a court conducts only a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam).

    B.    Analysis

The Magistrate Judge found that Plaintiff exhibited a pattern of delay for failure to comply with the July 24, 2013 order and the August 23, 2013 order.  The Court finds that the Magistrate Judge did not plainly err in its recommendation of dismissal based on Plaintiff's failure to comply with the July 24, 2013 order.  See McIntosh v. Gauthier, 182 Fed.Appx. 618, 619 (11th Cir. 2006) (Rule 41(b) allows a court to dismiss a complaint for failure to comply with a court order, with the federal rules, or with the local rules).  To the extent that the Magistrate Judge based its recommendation on Plaintiff's failure to comply with the August 23, 2013 order, the record shows that the order was returned undeliverable to the Court.[2]  For this reason, and considering the Plaintiff's *pro se* status, the Court finds that it is appropriate to dismiss this action without prejudice.  See Heard v. Nix, 170 Fed. Appx. 618, 619 ("Dismissal of a case with prejudice [under Rule 41(b)] is

---

[2] Plaintiff's failure to keep the Court informed of his current address is an independent ground upon which this action may be dismissed.  See Local Rule 41.2(C), N.D. Ga. ("The failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice.").

considered a sanction of last resort, applicable only in extreme circumstances.")

### III.  CONCLUSION

Accordingly, for the foregoing reasons,

**IT IS HEREBY ORDERED** that Magistrate Judge Janet F. King's Final Report and Recommendation [6] is **ADOPTED IN PART**.  This action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 14th day of February 2014.

_William S. Duffey_
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE